

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00412-CV

| | | |
|---|---|---|
| COMANCHE PEAK RANCH, LLC, LAURA GRISHAM, RONALD HASTY, DIANNE HASTY, MICHAEL W. THOMAS AS TRUSTEE FOR MICHAEL W. THOMAS FAMILY TRUST, HARVEY THOMAS AS TRUSTEE FOR HARVEY IKE THOMAS FAMILY TRUST, AND SANDRA WILLIAMS, Appellants | § § § § | On Appeal from the 355th District Court of Hood County (C2019200) |
| V. | § | April 23, 2020 |
| CITY OF GRANBURY, TEXAS, Appellee | § | Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the trial court's judgment should reflect that the dismissal is without prejudice, and we affirm the trial court's judgment as modified.

It is further ordered that appellants shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Dana Womack
      Justice Dana Womack